UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AHSAN BAJWA,<br><br>               Plaintiff,<br><br>  v.<br><br>UNITED STATES LIFE INSURANCE COMPANY,<br><br>               Defendant. | CASE NO. 1:19-cv-00938-NONE-SAB<br><br>ORDER RE JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINES<br><br>(ECF No. 11) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the September 5, 2019 scheduling order is amended as follows:

1. Initial disclosure deadline: July 10, 2020
2. Supplemental expert disclosure deadline: August 10, 2020
3. Expert discovery cut-off: September 15, 2020

All other aspects of the September 5, 2019 scheduling order remain in effect.

IT IS SO ORDERED.

Dated: **March 3, 2020**

UNITED STATES MAGISTRATE JUDGE