UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA –FRESNO DIVISION

| | |
|---|---|
| AHSAN BAJWA,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES LIFE INSURANCE COMPANY,<br><br>  Defendant. | Case No. 1:19-cv-00938-NONE-SAB<br><br>ORDER RE JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINES<br><br>(ECF No. 14) |

The scheduling order in this matter was filed on September 5, 2019, setting the pretrial deadlines and trial in this action.  (ECF No. 8.)  On March 4, 2020, the parties' joint stipulation to amend the deadlines in the September 5, 2019 scheduling order was granted.  (ECF No. 12.)  On June 12, 2020, the parties filed a second joint stipulation to amend the deadlines in the scheduling order.

The parties seek an extension of the deadlines due to the extreme circumstances created by the ongoing COVID-19 pandemic which has affected the parties' ability to complete expert and party discovery in accordance with the deadlines established in the Court's September 5, 2019 scheduling order, as modified by the Court's March 4, 2020 order.  The Court finds that good cause exists to amend the scheduling order.

Accordingly, IT IS HEREBY ORDERED that the September 5, 2019 scheduling order, as modified by the March 4, 2020 order is amended as follows.

1. Initial expert disclosure: August 10, 2020
2. Supplemental expert disclosure: September 10, 2020
3. Expert discovery cut-off: October 27, 2020
4. Non-expert discovery cut-off: August 27, 2020
5. All other aspects of the September 5, 2019 scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **June 16, 2020**

UNITED STATES MAGISTRATE JUDGE