# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| AHSAN BAJWA, | CASE NO. 1:19-cv-00938-NONE-SAB |
|---|---|
| Plaintiff, | ORDER RE JOINT STIPULATION TO CONTINUE DATE FOR SUBMISSION OF STATUS REPORT |
| v. | |
| UNITED STATES LIFE INSURANCE COMPANY, | (ECF No. 23) |
| Defendants. | DEADLINE: JULY 13, 2021 |

On August 7, 2020, an order issued granting a stipulation to vacate the trial and pretrial conference in this matter and directing the parties to file a scheduling report addressing whether a limited reopening of discovery is needed and suggesting potential trial dates. (ECF No. 21.) On June 29, 2021, an order issued granting in part and denying in part Defendant's motion for summary judgment. (ECF No. 22.) On July 2, 2021, the parties filed a stipulation to continue the deadline to file the scheduling report due to the unavailability of counsel. (ECF No. 23.)

Accordingly, finding good cause to grant the requested extension of time, IT IS HEREBY ORDERED that the parties shall submit a joint scheduling report on or before **July 13, 2021**.

IT IS SO ORDERED.

Dated: **July 2, 2021**

_____
UNITED STATES DISTRICT JUDGE