# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHSAN BAJWA, | Case No. 1:19-cv-00938-NONE-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER |
| v. | |
| UNITED STATES LIFE INSURANCE CO., | (ECF Nos. 8, 12, 15, 21, 26) |
| Defendant. | |

A scheduling order issued in this action on September 5, 2019. (ECF No. 8.) At that time, trial was set for November 10, 2020. (Id.) On August 7, 2020, pursuant to the parties' request and because of the pending motion for summary judgment, the Court vacated the trial date in this matter and ordered the parties to submit a status report following a decision on the motion for summary judgment addressing whether discovery should be reopened. (ECF No. 21.) On June 29, 2021, the District Judge granted in part and denied in part Defendant's motion for summary judgment. (ECF No. 22.) On July 13, 2021, the parties filed a joint status report setting forth their proposed discovery deadlines and dates for a pretrial conference and trial date, and the Court issued an order modifying the scheduling order. (ECF Nos. 25, 26.) Trial was reset for December 13, 2022. (ECF No. 26.)

On November 4, 2021, the parties filed a stipulated request to further modify the scheduling order. (ECF No. 29.) The parties proffer that since the last modification, they have diligently

engaged in discovery, but that additional discovery still needs to be completed with respect to the deposition of Plaintiff and six to nine additional non-expert witnesses.  (Id. at 3.)  The Court finds good cause to grant the request pursuant to the parties' agreement and proffered reasons.  The Court additionally notes the parties do not seek a continuance of the pre-trial conference date (set for October 20, 2022, before a United States District Judge) or the trial date (set for December 13, 2022), nor is one needed for these hearings, as they are both presently stayed pursuant to the October 28, 2021 order of clarification filed by the District Judge.[1]  (See ECF No. 28.)

Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is further modified as follows:

1. Nonexpert Discovery Deadline: **April 8, 2022**;
2. Initial Expert Disclosure Deadline: **April 15, 2022**;
3. Supplemental Expert Disclosure Deadline: **May 4, 2022**;
4. Expert Discovery Deadline: **June 3, 2022**; and
5. Dispositive Motion Filing Deadline: **June 17, 2022**.

All other dates and aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:   **November 5, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the order of clarification, all matters set before the district judge in all civil cases with the "Unassigned/NONE" designation, as here, are effectively stayed until further notice. (ECF No. 28 at 2.)  More specifically, the matters are stayed until a new district judge is appointed to fill at least one of the two long-standing vacancies in the Fresno courthouse and is able to begin hearing cases. (Id.)  The order additionally states that scheduled hearings and trials set before Unassigned/NONE will be continued or vacated by minute orders issued in each specific case, subject to rescheduling upon the seating of a new district judge.  (Id.) The District Judge further advises that "the magistrate judges assigned to the Unassigned/NONE civil cases may, in their discretion, elect to stay discovery and other proceedings in these cases entirely or may allows proceedings that do not require the attention of a district judge to continue to move forward." (Id.)  Moreover, the order reminds the parties that they may consider consenting to magistrate judge jurisdiction to alleviate some of the delays. (Id. at 3.)