# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHSAN BAJWA,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No.  1:19-cv-00938-NONE-SAB<br><br>ORDER REQUIRING PARTIES TO ADDRESS DECLARATION OF REAL PARTY IN INTEREST AND DEFENDANT'S REQUEST TO STRIKE<br><br>(ECF Nos. 32, 33) |

On December 10, 2021, a declaration by real party in interest Fakhra Bajwa, proffered to be the co-conservator for the named Plaintiff Ashan Bajwa, was filed.  (ECF No. 32.)  On December 15, 2021, Defendant filed an objection and request to strike the declaration as an improper method of attempting to amend the complaint or join a party.  (ECF No. 33.)  The Court shall order Plaintiff to file a response to the Defendant's objection and request to strike, and allow Defendant to file a reply to such response.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a response to the Defendant's objection and request to strike within seven (7) days of entry of this order; and

2. Defendant may file a reply to the Plaintiff's response within seven (7) days of filing of the response.

IT IS SO ORDERED.

Dated: **December 16, 2021**

UNITED STATES MAGISTRATE JUDGE

2