1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHSAN BAJWA, | Case No. 1:19-cv-00938-NONE-SAB |
| Plaintiff, | ORDER SETTING HEARING ON PLAINTIFF'S DECLARATION OF REAL PARTY IN INTEREST AND DEFENDANT'S OBJECTION AND REQUEST TO STRIKE FOR FEBRUARY 9, 2022 |
| v. | |
| UNITED STATES LIFE INSURANCE COMPANY, | |
| Defendant. | (ECF Nos. 32,33) |

On December 10, 2021, a declaration by real party in interest Fakhra Bajwa ("Fakhra"), proffered to be the co-conservator for the named Plaintiff Ashan Bajwa, was filed.  (ECF No. 32.)  On December 15, 2021, Defendant filed an objection and request to strike the declaration as an improper method of attempting to amend the complaint or join a party.  (ECF No. 33.)  On December 16, 2021, the Court ordered Plaintiff to file a response to the Defendant's objection and request to strike, and afforded Defendant the opportunity to file a reply to such response. (ECF No. 34.)  On December 22, 2021, Plaintiff filed a response to the Defendant's motion to strike.  (ECF No. 35.)  On December 29, 2021, Defendant filed a reply in support of the motion to strike.  (ECF No. 36.)  The Court shall set a hearing on Plaintiff's declaration of real party in interest and Defendant's objection and request to strike.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that a hearing on Plaintiff's declaration of real party in interest and Defendant's objection and request to strike, is set for February 9, 2022, at 10:00 a.m. in Courtroom 9, to be held via videoconference.

IT IS SO ORDERED.

Dated:   **January 31, 2022**

UNITED STATES MAGISTRATE JUDGE