# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHSAN BAJWA,<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES LIFE INSURANCE COMPANY,<br><br>           Defendant. | Case No. 1:19-cv-00938-JLT-SAB<br><br>ORDER WITHDRAWING DECLARATION OF REAL PARTY IN INTEREST, DENYING DEFENDANT'S OBJECTION AND REQUEST TO STRIKE AS MOOT, AND VACATING FEBRUARY 16, 2022 HEARING<br><br>(ECF Nos. 32, 33, 41, 42) |

On December 10, 2021, a declaration by real party in interest Fakhra Bajwa ("Fakhra"), proffered to be the co-conservator for the named Plaintiff Ashan Bajwa, was filed. (ECF No. 32.) On December 15, 2021, Defendant filed an objection and request to strike the declaration as an improper method of attempting to amend the complaint or join a party. (ECF No. 33.) The Court ordered briefing and held a hearing on February 9, 2021, on the objection and request to strike. (ECF Nos. 35. 36, 39, 40, 41.) The Court continued the hearing until February 16, 2022. (ECF No. 41.)

On February 14, 2022, the declaration by real party in interest was withdrawn. (ECF No. 42.) Given the target of Defendant's objection and request to strike has now been withdrawn, the Court shall enter the notice of withdrawal, deny the Defendant's objection and request to strike as moot, and vacate the February 16, 2022 hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. The declaration of real party in interest (ECF No. 32), is WITHDRAWN;
2. Defendant's objection and request to strike the declaration of real party in interest (ECF No. 33), is DENIED as moot; and
3. The hearing set for February 16, 2022, at 10:00 a.m., is VACATED.

IT IS SO ORDERED.

Dated: __**February 15, 2022**__

UNITED STATES MAGISTRATE JUDGE