# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHSAN BAJWA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:19-cv-00938-JLT-SAB<br><br>ORDER GRANTING WITHDRAWAL OF DEFENDANTS' COUNSEL<br><br>(ECF No. 52) |

On July 12, 2022, a notice of withdrawal of counsel Allison J. Fernandez as counsel for Defendant United States Life Insurance Company was filed. (ECF No. 52.) Defendant continues to be represented by other counsel from the same law firm. (Id.)

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to withdraw Allison J. Fernandez as counsel is GRANTED; and
2. The Clerk of the Court is DIRECTED to terminate Allison J. Fernandez as attorney for Defendant United States Life Insurance Company.

IT IS SO ORDERED.

Dated:   **July 12, 2022**

UNITED STATES MAGISTRATE JUDGE